STANDARD FILM SERVICE COMPANY, Appellant, v. ALEXANDER FILM CORPORATION, Defendant, Impleaded with STOLL FILM Co., LTD., and Others, Respondents.

*Pleadings — complaint in equity dismissed for insufficiency, without prejudice to action at law.*

Appeal from two orders of the Supreme Court, made at the New York Special Term and entered in the New York county clerk's office September 4, 1924, granting the motions made by the defendants Stoll Film Co., Ltd., and others, to dismiss the second amended complaint as to them upon the ground that it does not state facts sufficient to constitute a cause of action against said defendants.

PER CURIAM: The orders appealed from should be affirmed, with ten dollars costs and disbursements, without prejudice to an action at law for such damages as may have been sustained, on the authority of *Black* v. *Vanderbilt* (70 App. Div. 16); *Perrin* v. *Smith* (135 id. 127); *Low* v. *Swartwout* (171 id. 725)· *Gosselin Corp.*

v. *Mario Tapparelli Fu Pietro of America, Inc.* (191 id. 580; affd., 229 N. Y. 596), where the second question certified to the Court of Appeals was: "If the complaint herein does not state facts sufficient to constitute a cause of action in equity, is the defendant entitled to judgment sustaining the demurrer and dismissing the complaint?" which the Court of Appeals answered in the affirmative. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ. In each case: Order affirmed, with ten dollars costs and disbursements, without prejudice to an action at law for such damages as may have been sustained.